OPINION — AG — ** CONTRACT — EMERGENCY RELIEF BOARD ** WE THE AG HAS EXAMINED THE PROPOSED SUBLEASE CONTRACT (LEASE) AND, SUBJECT TO THE CONCLUSIONS, THE OKLAHOMA EMERGENCY RELIEF BOARD IS AUTHORIZED AND EMPOWERED BY 56 O.S. 26.1 [56-26.1] — 56 O.S. 26.12 [56-26.12] TO ENTER INTO SAID CONTRACT. (WAREHOUSE, FACILITIES, BUILDING, LEASE AGREEMENT, WRITTEN CONSENT COMMODITIES) CITE: 56 O.S. 26.4 [56-26.4], 56 O.S. 26.3 [56-26.3] [56-26.3] (JAMES P. GARRETT)